# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK E. GARDINOR, | No. 4:21-CV-01794 |
| Petitioner, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| GEORGE MILLER, *et al.*, | |
| Respondents. | |

## ORDER

**AUGUST 15, 2025**

Patrick E. Gardinor, a Pennsylvania state prisoner, filed this 28 U.S.C. § 2254 petition seeking to vacate his convictions and sentence.[1] Gardinor raises several different claims that focus on allegations of ineffective assistance of counsel and ineffective assistance of appellate and post-conviction relief counsel.[2] On July 21, 2025, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny the petition, as Gardinor's claims are procedurally defaulted and/or without merit.[3] No timely objections were filed to this Report and Recommendation.

---

[1] Doc. 1.
[2] *Id.*
[3] Doc. 20.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[5] After reviewing the record, the Court finds no error—clear or otherwise—in Magistrate Judge Carlson's conclusion that Gardinor's claims are procedurally defaulted and without merit. Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 20) is **ADOPTED**;

2. Gardinor's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. The Court declines to issue certificate of appealability;[6] and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).
[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.
[6] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (setting forth legal standard).