# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK E. GARDINOR, | No. 4:21-CV-01794 |
| Petitioner, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| GEORGE MILLER, *et al.*, | |
| Respondents. | |

## ORDER

### OCTOBER 31, 2025

Patrick E. Gardinor, a Pennsylvania state prisoner, filed this 28 U.S.C. § 2254 petition seeking to vacate his convictions and sentence.[1] Gardinor raises several different claims that focus on allegations of ineffective assistance of counsel and ineffective assistance of appellate and post-conviction relief counsel.[2] In July 2025, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny the petition, as Gardinor's claims are procedurally defaulted and/or without merit.[3]

After no timely objections were received, this Court adopted the Report and Recommendation.[4] Gardinor later filed a motion to submit objections *nunc pro tunc*,

---

[1] Doc. 1.
[2] *Id.*
[3] Doc. 20.
[4] Doc. 21.

which was granted.[5] Gardinor thereafter filed belated objections to the Report and Recommendation.[6]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[7] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[8] After conducting a de novo review of the record, the Court again finds no error in Magistrate Judge Carlson's conclusion that Gardinor's claims are procedurally defaulted and without merit. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Court's previous Order issued in this matter (Doc. 21) is **VACATED**;

2. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 20) is **ADOPTED**;

3. Gardinor's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

4. The Court declines to issue certificate of appealability;[9] and

---

[5] Docs. 22, 23.
[6] Doc. 26.
[7] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[8] 28 U.S.C. § 636(b)(1); Local Rule 72.31.
[9] *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (setting forth legal standard).

5.      The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge